*F. W. Hottenroth* for appellant.

*William C. Chanler, Corporation Counsel (Lewis Orgel, Julius Isaacs* and *Samuel K. Handel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.

PAUL LIVOTI, as County Clerk of Queens County, Respondent, *v.* MAURICE A. FITZGERALD, as Sheriff of Queens County, Appellant.

Submitted November 21, 1938; decided December 6, 1938.

*Austin B. Mandel* for appellant.

*Mordecai Konowitz* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.